

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00059-CR
### No. 10-11-00065-CR

**WILLIAM JOHNSON,**

                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                        **Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court Nos. 25,164 and 25,166

## MEMORANDUM  OPINION

William Johnson filed a pro se notice of appeal in each of the two underlying criminal actions complaining of the written order of the trial court's failure to provide a speedy trial. The notices state that they are "interlocutory appeals," and attached to them are Johnson's pro se motions for speedy trial that were allegedly filed in the trial court.[1] The notices do not identify a written order on Johnson's motions, nor do they

---

[1] The motions identify the underlying cause numbers as 15,164 and 15,166, but the Walker County District Clerk has advised the Clerk of this Court that the cause numbers are 25,164 and 25,166.

identify an underlying pretrial habeas corpus proceeding.

In letters dated March 8, 2011 and March 10, 2011 letter, we notified Johnson that these causes were subject to dismissal for want of jurisdiction because it appeared that this Court does not have jurisdiction of his appeals of the trial court's alleged interlocutory rulings. *See Abbott v. State*, 271 S.W.3d 694 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law); *Everett v. State,* 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.) (stating that this court has jurisdiction over criminal appeals only when expressly granted by law). We warned Johnson that we would dismiss these appeals unless, within 21 days, he showed grounds for continuing them. Johnson has not filed a response showing grounds for continuing these appeals or that we have jurisdiction, nor is there any indication that Johnson is appealing the trial court's judgment or order in a pretrial habeas corpus proceeding under Rule 31 of the Rules of Appellate Procedure. Accordingly, we dismiss these appeals for want of jurisdiction.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed April 6, 2011
Do not publish
[CR25]